IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

OSBORNE PARNELL BENNETT, JR.,      )
                                   )
            Plaintiff,             )
                                   )
      v.                           )
                                   )        1:25-cv-698
DETECTIVE J. CRAMMER, and          )
MAGISTRATE WILLIAM BAGG, II,       )
                                   )
            Defendants.            )

## ORDER

On August 6, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a Complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of October, 2025.

_____
United States District Judge

- 2 -